MARIA-COSTANZA BARDUCCI
BARDUCCI LAW FIRM
PLLC
5 WEST 19TH STREET, 10TH
FLOOR NEW YORK, NEW YORK

---

10011 TELEPHONE: 212-433-2554

**October 2, 2025**

Honorable Taryn A. Merkl
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza E,
Brooklyn, NY 11201

  *Re: Samuel Lopez v. Anis Realty LLC et al*
    *Civil Action No.: 1:25-cv-00494-TAM*
    *Joint Notice of Settlement*

Dear Honorable Magistrate Judge Merkl,

  We represent Plaintiff in the above-styled action.

  Pursuant to the Court's September 25, 2025 Scheduling Order [DE#15], the parties are directed to participate in the initial conference scheduled for October 2, 2025 and file the ancillary filings forthwith. Paramount, the Plaintiff and Defendants file this notice to apprise Your Honor that the Parties have just reached a Settlement in Principle and are now encapsulating the terms within the requisite Settlement papers and agreements.

  Moreover, while all are diligently working to perfect the Settlement documentations, the Parties anticipate that a Final Stipulation of Dismissal could be filed within the coming forty-five days while the Settlement Papers are perfected.

  . Thank you for your time in considering this request.

            Most Respectfully,

            BARDUCCI LAW FIRM

            */s/ Maria-Costanza Barducci*
            _____
            PLLC

            Maria-Costanza Barducci Esq.

cc: Via CM/ECF Only