UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-00494-TAM**

**Samuel Lopez**,
  Plaintiff,
vs.

**Anis Realty LLC** and
**Jauja Mexican Eatery & Takeout Inc**,
  Defendants.

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

  Plaintiff, and Defendant, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated: January 20, 2026

By: */s  Maria-Costanza Barducci,*
 Maria-Costanza Barducci, Esq.
 BARDUCCI LAW FIRM PLLC.
 5 West 19th St., 10th Fl.
 New York, NY 10011
 Telephone: (212) 433-2554
 mc@barduccilaw.com
 *Attorneys for Plaintiff*

By: */s  Michael J. Borrelli*
 Michael J. Borrelli, Esq.
 Borrelli & Associates, P.L.L.C.
 910 Franklin Avenue Suite 200
 Garden City, NY 11530
 516-248-5550
 mjb@employmentlawyernewyork.com
 *For Jauja Mexican Eatery &Takeout Inc*

cc: Via CM/ECF