UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:25-cv-00494-TAM**

| | |
|---|---|
| **Samuel Lopez**<br>    Plaintiff,<br>vs.<br><br>**Anis Realty LLC.** and<br>**Jauja Mexican Eatery & Takeout Inc**,<br>    Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT, ANIS REALTY LLC** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *with/without prejudice*, against Defendant **Anis Realty LLC**.

Dated: January 21, 2026.

s/Maria Costanza Barducci
Maria-Costanza Barducci (Bar No. 5070487)
    *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com
